IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| IN THE MATTER OF THE TAX INDEBTEDNESS OF FILEMON ESQUIVEL, JR., AND ELVIRA ESQUIVEL, | § § § § § § Miscellaneous Action No. 06-85 |

**ORDER**

On this day came on to be considered the United States' motion to re-set the hearing in this case that is currently scheduled to take place on December 15, 2006, at 1:15 p.m. (D.E. 5). The United States' motion to re-set the hearing is hereby DENIED.

SIGNED and ENTERED this 12th day of December, 2006.

_____
Janis Graham Jack
United States District Judge