IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE TAX | § | |
| INDEBTEDNESS OF FILEMON | § | Miscellaneous Action |
| ESQUIVEL, JR., AND ELVIRA | § | No. 06-85 |
| ESQUIVEL, | § | |

**ORDER**

On this day the Court held a hearing in the above-styled action. Present at that hearing were Mr. Filemon Esquivel, Jr. and Ms. Cynthia Messersmith on behalf of the United States. Pursuant to that hearing, this Court hereby ORDERS as follows:

1. This Court will hold a hearing on this matter on March 15, 2007, at 1:15 p.m. The United States is ORDERED to have completed service of the Petition for Judicial Approval of Administrative Levy (D.E. 1, with attachments) and a copy of this Order upon Ms. Elvira Dalton (formerly Ms. Elvira Esquivel) prior to the March 15, 2007 hearing.

2. By December 22, 2007, Filemon Esquivel, Jr. is hereby ORDERED to send to Ms. Cynthia Messersmith a true and correct copy of the divorce decree dissolving the marriage between him and Ms. Elvira Dalton.

SIGNED and ENTERED this 15th day of December, 2006.

_____
Janis Graham Jack
United States District Judge