```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF TEXAS
                   CORPUS CHRISTI DIVISION
```

IN THE MATTER OF THE TAX             §
INDEBTEDNESS OF FILEMON              §    Miscellaneous Action
ESQUIVEL, JR., AND ELVIRA            §    No. 06-85
ESQUIVEL                             §

## ORDER

On this day the Court held a hearing in the above-styled action. Present at that hearing was Ms. Cynthia Messersmith on behalf of the United States.

Respondent Elvira Dalton (formerly known as Elvira Esquivel) has not yet been served with the Petition for Judicial Approval of Administrative Levy Upon Principal Residence (D.E. 1) and Notice and Order to Show Cause (D.E. 4) in this case. As Ms. Dalton has not yet been served with the above-referenced documents, the Court scheduled another hearing in this case for April 26, 2007, at 1:15 p.m.

The United States is hereby ORDERED to effectuate personal service of the following documents on Respondent Elvira Dalton by Thursday, March 22, 2007: (1) Petition for Judicial Approval of Administrative Levy Upon Principal Residence (D.E. 1); (2) Notice and Order to Show Cause (D.E. 4); and (3) a copy of this Order.

SIGNED and ENTERED this 15th day of March, 2007.

_____
Janis Graham Jack
United States District Judge