IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE TAX § | | |
| INDEBTEDNESS OF FILEMON § | Miscellaneous Action | |
| ESQUIVEL, JR., AND ELVIRA § | No. 06-85 | |
| ESQUIVEL § | | |

## FINAL JUDGMENT

In accordance with this Court's "Order Approving Levy Upon Principal Residence," entered on April 30, 2007 (D.E. 15), the Court hereby enters final judgment DISMISSING this action.

SIGNED and ENTERED this 1st day of May, 2007.

_____
Janis Graham Jack
United States District Judge